# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESEQUIEL QUINTERO,<br><br>Defendant. | Case No.: 25MJ1729-DDL<br><br>C O M P L A I N T<br><br>Title 18, U.S.C., § 922(a)(3) –<br>Unlicensed Transportation of Firearms |

The undersigned complainant being duly sworn states:

<u>Count 1</u>

Beginning no later than August 12, 2020, and continuing until at least March 1, 2025, within the Southern District of California, Esequiel QUINTERO, a person not having a valid Federal Firearm License, did knowingly purchase in the State of Arizona and then intentionally transport into the State of California, firearms; in violation of 18, United States Code, Section 922(a)(3).

_____
Skyeler Antonino, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 11th day of April 2025.

_____
HON. DAVID D. LESHNER
United States Magistrate Judge

1

## PROBABLE CAUSE STATEMENT

During my duties as a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), I have learned the information below from my personal observations and having read reports prepared by other law enforcement officers. The following does not contain all the information known to me or other federal agents and state and local officers regarding this investigation but does contain those facts believed to be necessary to establish the requisite probable cause for the violations alleged herein.

In July 2024, a firearm purchased by Esequiel QUINTERO in Arizona was recovered by law enforcement in Los Angeles.

Beginning in October 2024, federal law enforcement initiated a query into ATF databases regarding QUINTERO. The results of the search indicated that QUINTERO had purchased numerous firearms between on or about August 12, 2020 through March 1, 2025, at numerous Federal Firearm Licensees ("FFL") in Arizona. The table below details QUINTERO's purchases:

| Purchase Date | Store | Firearm Make/Model | Serial # |
|---|---|---|---|
| 8/12/2020 | Sportsman Warehouse, Phoenix, AZ | 9mm CZ Pistol *Sold via Private Party Transfer (PPT) on 8/17/2021 | D129678 |
| 8/12/2020 | Legendary Guns, Phoenix, AZ | 9mm H&K Pistol *Sold via PPT on 8/13/2021 | 224285871 |
| 3/22/2021 | Sprague's Sports, Yuma, AZ | 9mm S&W Pistol *Sold via PPT on 8/10/2021 | NJC9040 |
| 3/22/2021 | Sprague's Sports, Yuma, AZ | 9mm Polymer80 Pistol | SA25493 |
| 3/22/2021 | Sprague's Sports, Yuma, AZ | 9mm Polymer80 Pistol | CA17101 |
| 3/23/2021 | Olsen Firearms, Cave Creek, AZ | 9mm Beretta Pistol *Sold via PPT on 9/10/2021 | 92X0029717 |
| 3/25/2021 | C2 Tactical, Phoenix, AZ | 9mm Glock Pistol | BMFM503 |

| Date | Source | Firearm | Serial |
|---|---|---|---|
| | | *Sold via PPT on 8/13/2021 | |
| 3/25/2021 | Olsen Firearms, Cave Creek, AZ | 9mm Glock Pistol *Sold via PPT on 1/19/2022 | BSHG610 |
| 4/8/2021 | Sprague's Sports, Yuma, AZ | 9mm Sig Sauer Pistol *Sold via PPT on 8/13/2021 | 58K108654 |
| 4/8/2021 | Sprague's Sports, Yuma, AZ | 9mm Staccato Pistol *Sold via PPT on 8/13/2021 | C2210430 |
| 6/14/2021 | Sprague's Sports, Yuma, AZ | 9mm Glock Pistol *Sold via PPT on 8/13/2021 | BSLC351 |
| 6/14/2021 | Sprague's Sports, Yuma, AZ | MultiCal AR Receiver | X03876 |
| 8/21/2021 | Sprague's Sports, Yuma, AZ | 9mm Staccato Pistol *Sold via PPT on 12/22/2022 | C2214385 |
| 8/21/2021 | Sprague's Sports, Yuma, AZ | 9mm Staccato Pistol *Sold via PPT on 7/27/2022 | P216316 |
| 12/22/2022 | Sprague's Sports, Yuma, AZ | 9mm Zev Tech Pistol | ZD07387 |
| 12/22/2022 | Sprague's Sports, Yuma, AZ | 9mm Zev Tech Pistol *Seized in July 2024, provided above | ZA08912 |
| 3/6/2023 | Sprague's Sports, Yuma, AZ | MultiCal AR Receiver | M4A-00206 |
| 7/12/2023 | Tombstone Tactical, Phoenix, AZ | 9mm Sig Sauer Pistol *Sold via PPT on 7/22/2023 | 58J534993 |
| 7/19/2023 | Pistol Parlour, Mesa, AZ | 9mm Glock Pistol *Sold via PPT on 7/27/2023 | AHWW241 |
| 7/19/2023 | Pistol Parlour, Mesa, AZ | 9mm Sig Sauer Pistol *Sold via PPT on 7/27/2023 | 66F607143 |
| 7/19/2023 | Pistol Parlour, Mesa, AZ | 9mm Canik Pistol *Sold via PPT on 7/22/2023 | 23CT26769 |
| 11/29/2023 | Sprague's Sports, Yuma, AZ | 9mm Staccato Pistol *Sold via PPT on 12/2/2023 | P2130336 |
| 9/19/2024 | Sprague's Sports, Yuma, AZ | .357 Caliber Colt Pistol | PB013894 |

| | | | |
|---|---|---|---|
| | | *Sold via PPT on 9/24/2024 | |
| 9/19/2024 | Sprague's Sports, Yuma, AZ | .44 caliber H&K Pistol *Sold via PPT on 9/24/2024 | 29-107511 |
| 12/12/2024 | Sprague's Sports, Yuma, AZ | MultiCal AR Receiver | BA003075 |
| 3/1/2025 | Sprague's Sports, Yuma, AZ | 9mm Glock Pistol *Sold via PPT on 3/19/2025 | CEXS367 |
| 3/1/2025 | Sprague's Sports, Yuma, AZ | 9mm Glock Pistol | CEXT496 |
| 3/1/2025 | Sprague's Sports, Yuma, AZ | 9mm Sig Sauer Pistol | 66G402080 |

Law enforcement reviewed the purchase records for each of the firearms. For each purchase, QUINTERO completed the required ATF Form 4473- Firearm Transaction Record wherein he presented an Arizona State Identification Card and listed an address in Arizona as his current residence. In contrast, law enforcement databases indicated QUINTERO had a California Driver's License, with two vehicles registered to him: 1) a 2021 Volkswagen sedan, and 2) a 2013 Toyota truck. The PPTs noted above were also made at San Diego FFLs.

Investigators queried QUINTERO's vehicles for any LPR data in both California and Arizona in order to identify any roundtrips between the states that coincided with firearms purchased by QUINTERO in Arizona. The query revealed the Toyota completed multiple roundtrips from California to Arizona on the same dates QUINTERO purchased firearms in Arizona, with the following examples:

1. On September 14, 2024, QUINTERO completed paperwork to purchase two handguns at FFL Sprague's Sports. The background check was delayed, and the FFL advised QUINTERO the firearms could be released to him after three days. On this same date, LPR data captured the Toyota in Yuma, Arizona.

2. On September 19, 2024, QUINTERO arrived at FFL Sprague's Sports and received the two handguns. On this same date, LPR data captured the Toyota in Yuma, Arizona.

3. On December 4, 2024, QUINTERO completed paperwork to purchase a firearm at FFL Sprague's Sports. The background check was delayed, and the FFL advised

4

QUINTERO the firearms could be released to him after three days. On this same date, LPR data captured the Toyota in Yuma, Arizona.

4. On December 11, 2024, QUINTERO arrived at FFL Sprague's Sports and received the firearms he purchased on December 4, 2024. On this same date, LPR data captured the Toyota in Yuma, Arizona.

5. On February 18, 2025, QUINTERO completed paperwork for the purchase of firearms at FFL Sprague's Sports. The background check was delayed, and the FFL advised QUINTERO the firearms could be released to him after three days. On this same date, LPR data captured the Toyota in Yuma, Arizona.

6. On March 1, 2025, QUINTERO arrived at FFL Sprague's Sports and received three firearms. On this same date, LPR data captured the Volkswagen in Yuma, Arizona.

Investigators queried QUINTERO in the ATF Firearm Licensing System, which holds records of individuals who currently hold, previously held, or applied for a FFL. The query revealed that QUINTERO has never had a FFL and is not in the process of applying for a FFL.

On April 3, 2025, investigators traveled to QUINTERO's residence, in San Diego, California, and observed him leave the residence and drive away in the Toyota. Law enforcement then sought and received federal warrants to search QUINTERO's residence in the Southern District of California and the vehicles he had used to drive to and from Arizona.

Investigators served the search warrants on April 10, 2025 and found the following firearms in QUINTERO's residence:

| Purchase Date | Store | Firearm Make/Model | Serial # |
|---|---|---|---|
| 6/14/2021 | Sprague's Sports, Yuma, AZ | Multi Caliber Radian AR Rifle | X03876 |
| 12/22/2022 | Sprague's Sports, Yuma, AZ | 9mm Zev Tech Pistol | ZD07387 |
| 3/6/2023 | Sprague's Sports, Yuma, AZ | BG Defense AR Rifle | M4A-00206 |
| 12/12/2024 | Sprague's Sports, Yuma, AZ | Bravo Company AR Rifle | BA 003075 |

| | | | |
|---|---|---|---|
| 3/1/2025 | Sprague's Sports, Yuma, AZ | 9mm Sig Sauer Pistol | 66G402080 |
| 3/1/2025 | Sprague's Sports, Yuma, AZ | 9mm Glock Pistol | CEXT496 |

All six firearms listed above were previously identified as purchased by QUINTERO at FFL Sprague's Sports in Yuma, Arizona. Additionally, investigators discovered receipts and invoices of firearm purchases from Sprague's Sports in Yuma, Arizona and a box shipped to QUINTERO at Sprague's Sports in Yuma. Investigators also seized four "eighty percent" AR style receivers, one "eighty percent" pistol frame, four "P80" firearm jigs, multiple trigger assemblies, and other various components and tools to build AR style rifles. Investigators also found various holster and magazines, to include three magazines with "4 sale" written on them. Investigators also seized approximately 1.6 grams of a white powder substance that field tested positive for cocaine.