**FORFEITURE ADDENDUM**   25-CR-1600-H

**TO ESEQUIEL QUINTERO PLEA AGREEMENT IN \*\*-CR-\*\*\*-\*\*\***

Defendant's conviction will include forfeiture. This forfeiture addendum is incorporated into, and is a part of the Defendant's plea agreement, and the additional terms and warnings below apply. In addition to the penalties set forth in the plea agreement, the Defendant understands that forfeiture of property is a mandatory part of the sentence to be imposed for the offense in this case.

A.   Property Subject to Forfeiture.

In addition to pleading guilty to Count 1 of the Information, and consenting to the forfeiture allegations set forth in the Information as set forth in section I of the main plea agreement, Defendant agrees to forfeit to the United States all property seized in connection with this case, including but limited to the following:

- a Multi-Caliber Radian AR Rifle bearing serial number X03876;
- a 9mm Zev Tech Pistol bearing serial number ZD07387;
- a BG Defense AR Rifle bearing serial number M#A-00206;
- a Bravo Company AR Rifle bearing serial number BA003075;
- a 9mm Sig Sauer Pistol bearing serial number 66G402080;
- a 9mm Glock Pistol bearing serial number CEXT496;
- various ammunition seized on or about April 10, 2025.

B.   Bases of Forfeiture.

Defendant agrees all properties seized in connection with this case are subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

C.   Immediate Entry of Preliminary Order of Forfeiture.

Def. Initials *EQ*

\*\*CR\*\*\*-\*\*\*

1  Defendant consents and agrees to the immediate entry of a
2  preliminary order of forfeiture upon entry of the guilty plea.
3  Defendant further agrees that upon entry of the preliminary order of
4  forfeiture, such order will be considered final as to defendant's
5  interests in the property described above.

6  In addition, Defendant agrees that by signing this addendum he is
7  withdrawing any and all claims and petitions to any and all properties
8  seized in connection with this case in any pending administrative or
9  civil forfeiture proceedings. Defendant agrees to execute any and all
10 documents requested by the Government to facilitate or complete the
11 forfeiture process(es). Defendant further agrees not to contest or to
12 assist any other person or entity in contesting the forfeiture of any
13 properties seized in connection with this case in the forfeiture
14 proceedings ancillary to this criminal case, and in any related
15 administrative and civil forfeiture proceeding.

16     D.   <u>Entry of Orders of Forfeiture and Waiver of Notice.</u>

17 Defendant consents and agrees to the entry of orders of forfeiture
18 for such property and waives the requirements of Federal Rules of
19 Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in
20 the charging instrument, announcement of the forfeiture at sentencing,
21 and incorporation of the forfeiture in the judgment. Defendant
22 understands that the forfeiture of assets is part of the sentence that
23 may be imposed in this case and waives any failure by the Court to
24 advise defendant of this, pursuant to Rule 11(b)(1)(J), at the time the
25 Court accepts the guilty plea(s).
26 //
27 //
28

Forfeiture Addendum            2                    Def. Initials  *EQ*
                                                    **CR***-**

E. <u>Waiver of Constitutional and Statutory Challenges</u>.

Defendant further agrees to waive all constitutional and statutory challenges in any manner (including direct appeal, habeas corpus, or any other means) to any forfeiture carried out in accordance with this agreement on any grounds, including that the forfeiture constitutes an excessive fine or punishment. Defendant agrees to take all steps as requested by the United States to pass clear title to forfeitable assets to the United States, and to testify truthfully in any judicial forfeiture proceeding.

F. <u>Agreement Survives Defendant; No Forfeiture Abatement</u>.

Defendant agrees that the forfeiture provisions of this plea agreement are intended to, and will, survive defendant, notwithstanding the abatement of any underlying criminal conviction after the execution of this agreement. The forfeitability of any particular property pursuant to this agreement shall be determined as if defendant had survived, and that determination shall be binding upon defendant's heirs, successors and assigns.

//
//
//
//
//
//
//
//
//
//

3

Def. Initials *EQ*

**CR***-**

The defendant understands that the main plea agreement and this forfeiture addendum embody the entire plea agreement between the parties and supersedes any other plea agreement, written or oral.

05/22/2025
DATED

*Esequiel Quintero*
ESEQUIEL QUINTERO
Defendant

Acknowledgment by Counsel:
5-22-25
DATED          May 28, 2025

*Mario Peia*
MARIO J. PEIA
BADIH MOUANNES
Assistant U.S. Attorneys

5/22/25
DATED

JOHN FRANCIS KELLY
Defense Counsel

Def. Initials EQ